

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00446-CV

**IN RE PHOENIX SERVICES, LLC**; Pruitt's Fract Tanks, LLC; and Jose Jaime Jacquez

Original Mandamus Proceeding[1]

## ORDER

On July 3, 2018, relators filed a petition for writ of mandamus, the real party in interest responded, and relators replied. After reviewing the petition, the response, and the reply, we conclude relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Gloria Saldana is ORDERED to, within fifteen days from the date of this order, withdraw her "Order on Defendants' Motion to Conduct Neuropsychological Examination," and enter an order requiring Fernando Martinez, Jr. to submit to a neuropsychological examination on reasonable and appropriate terms and conditions. The writ will issue only if we are notified that Judge Saldana has not complied within fifteen days from the date of this order.

It is so **ORDERED** on October 31, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-01-33870-MCV, styled *Fernando Martinez, Jr. and Jose Javier Cisneros v. Phoenix Services, LLC, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas. The Honorable Gloria Saldana, retired, signed the order at issue here.